**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 16-03619 et al. |
| Salomon Segura<br>Maria Segura | Chapter: 13 |
| AND ATTACHED LIST OF CASES | Judge Jack B. Schmetterer |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Laura Hrisko formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY GRANT SIMMONS, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **Ocwen Loan Servicing, LLC as servicer** and Laura Hrisko formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Laura Hrisko | Grant Simmons |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Laura Hrisko                                         /s/ Grant Simmons

                                                         RESPECTFULLY SUBMITTED

                                                         /s/ Grant Simmons

May 21, 2019

NOTE: This law firm is a debt collector.

14-07-P482

Attached List of Cases:

| BK CASE # | DEBTORS | |
|---|---|---|
| 16-03619 | Salomon Segura and Maria Segura | OCWEN LOAN SERVICING, LLC AS SERVICE FOR U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-EMX1 |
| 16-35075 | Maria T. Hess | Ocwen Loan Servicing, LLC as servicer Deutsche Bank National Trust Company, As Trustee for GSAMP Trust 2005-HE1 Mortgage Pass-Through Certificates, Series 2005-HE1 |
| 17-17748 | James Brown and Fannie Brown | OCWEN LOAN SERVICING, LLC AS SERVICER FOR HSBC Bank USA, N.A., As Trustee for the registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE3 |
| 18-19171 | Ronnie Rodgers, Sr | Ocwen Loan Servicing, LLC as servicer for HSBC BANK USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-ASAP1 Asset Backed Pass-Through Certificates |
| 18-26050 | Cary Andrew Kniceley | Ocwen Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Holders of the GE-WMC Asset-Backed Pass-Through Certificates, Series 2005-1 |
| 16-36090 | Kermit Coy and Jeanne Coy | Ocwen Loan Servicing, LLC as servicer for U.S. Bank N.A., as Trustee, successor by merger to Firstar Bank, N.A. successor in interest to Firstar Bank Milwaukee, N.A., as Trustee for Salomon Brothers Mortgage Securities VII, Inc. Mortgage Pass-Through Certificates Series 1998-NC7 |
| 18-32794 | Mary Kelly Loch Behn | Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for the CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3 |

| | | |
|---|---|---|
| 15-42138 | Alvina R. Casara | OCWEN LOAN SERVICING, LLC AS SERVICER FOR U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates Series 2005-1 |
| 18-24900 | Cephus Lee | Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1, Mortgage Pass-Through Certificates, Series 2005-OPT1 |
| 14-81594 | Ricky P. Schwartz | OCWEN LOAN SERVICING, LLC AS SERVICER FOR Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 |
| 17-28954 | Roberto V. Velazquez | Ocwen Loan Servicing, LLC as servicer for Bank of America, N.A. |
| 18-11151 | Stanley Hayden and Delisa A Hayden | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-7 |
| 16-33845 | Randell Relf | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2 |
| 14-32653 | Romero Patino and Magdalena Patino | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company As Trustee For IndyMac INDX Mortgage Loan Trust 2005-AR14, Mortgage Pass-Through Certificates Series 2005-AR14 |
| 17-30832 | Linda Hicks | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2005-AR2, Mortgage Pass-Through Certificates Series 2005-AR2 |
| 18-26311 | Mehdi Moghtaderi | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2005-AR35, Mortgage Pass-Through Certificates Series 2005-AR35 |

| | | |
|---|---|---|
| 19-00681 | Felicia S Sigel | Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR6, MORTGAGE PASS-THROUGH CERTIFICATES Series 2006-AR6 |
| 17-28487 | Rosa Elestine Harris | Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3 |
| 16-15994 | Anthony Caliendo | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust 2005-A8CB Mortgage Pass-Through Certificates Series 2005-H |
| 18-18311 | Terrell D. Thomas and Annette L. Thomas | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture for Argent Mortgage Loan Trust 2005-W1, Asset-Backed Notes Series 2005-W1 |
| 15-12119 | Sotero A Perez | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 |
| 19-04374 | Irma M Valentin | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 |
| 19-07306 | Mary Frances Dickens | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 |
| 19-02090 | Stephen Sobczak | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 |
| 19-03685 | Gwendolyn L Payton | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2007-2 |
| 17-10627 | Scott M Lapidus and Stacey L Krzywanos | Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE UNDER THE INDENTURE RELATING TO IMH ASSETS CORP., COLLATERALIZED ASSET-BACKED BONDS, SERIES 2004-10 |

| | | |
|---|---|---|
| 16-30414 | Gene A Dockett | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as IndentureTrustee for Argent Mortgage Loan Trust 2005-W1, Asset-Backed Notes Series 2005-W1 |
| 18-20029 | Ewa M. Siracki | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for American Home Mortgage Assets Trust 2006-6, Mortgage-Backed Pass-Through Certificates Series 2006-6 |
| 18-00663 | Patricia A. Hall | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass- Through Certificates, Series 2004-IA1 |
| 18-00066 | Gad C. Ikeanumba | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2002-3 |
| 19-04229 | Fredrick Allen Scollay and Carolyn Ruth Fischer | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-R6 |
| 17-17536 | Eric Zigman and Deborah Zigman | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 |
| 17-34395 | Abel Rodriguez and Melissa Rodriguez | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R10 |
| 18-25578 | Jimmy Lee Cannon | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R4 |
| 17-09507 | Dawn S Hines | OCWEN LOAN SERVICING, LLC AS SERVICER FOR Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R7 |

| | | |
|---|---|---|
| 18-16225 | Sheila McGill | OCWEN LOAN SERVICING, LLC AS SERVICER FOR Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R7 |
| 18-23367 | Kevin Reed | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R9 |
| 19-09329 | Ellen A. Wein | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R9 |
| 16-29085 | Barbara Jean Hill | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series ARSI 2006-M3 |
| 17-00700 | Javier Celio | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series ARSI 2006-M3 |
| 17-14929 | Katherine S. Cook | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W8 |
| 19-08947 | Ethel Sanders | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W11 |
| 15-40073 | Mechelle L Gregory-Hayden | Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W2 |